THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 27, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Wisconsin

_____

IN RE: MARK G HENKE
CHERYL E HENKE
Debtors

Case No.: 14-34221-SVK

Chapter: 13

_____

ORDER CONFIRMING MODIFIED PLAN
_____

The debtors' modified plan was filed on December 31, 2015. The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court, and no objections were filed.

Upon review of the modified plan and the entire file in this case, the Court finds that the modified plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtors' modified chapter 13 plan is confirmed, with the following provisions. (This is only a summary, consult the modified plan for additional details.)

1. Payments: $400.00 Bi-Weekly for the remainder of the 60 month plan

2. The modified plan projects unsecured claims will receive: Not less than $287.00, plus $385.00

3. Other provisions that have changed from the most recently confirmed Chapter 13 plan are: The Debtors shall retain $2,080.00 from their 2014 tax refunds, the remaining $685.00 shall be paid through the plan. Additional amount paid to the general unsecured creditors represents the missing tax refunds from 2014, minus the additional attorney fees of $300.00. Additional attorney fees allowed in the amount of $300.00.

4. All other terms and conditions of the previous Order Confirming Plan remain in full force and effect.

#####