# O'DESS and ASSOCIATES S.C.
### ATTORNEYS AT LAW

1414 Underwood Avenue
Suite 403
Wauwatosa, WI 53213

(414) 727-1591 Main
(414) 727-1590 Fax

---

September 19, 2017

Via Electronic Service
Andrew M. Golanowski, Esq.
Kathryn Kay MacKenzie, Esq.
Robert Brynjelsen, Esq.
Michael Edward Holsen, Esq.

In re: Mark G. Henke and Cheryl E. Henke
Case No. 14-34221-svk

Dear Counselors:

Pursuant to the order dated November 20, 2015, Seterus, Inc., as the authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America hereby renews its motion for relief from automatic stay and abandonment with respect to the real property located at 2460 Magna Vista, Jackson, Wisconsin 53037, based on the debtors' failure to make the post-petition mortgage payments which came due June 1, 2017, through September 1, 2017, at $1,835.69, each; or $7,342.76, total; minus, un-applied suspense funds of $107.79; for a total of $7,234.97. A copy of the post-petition payment history since the account was last current is attached hereto.

If you do not want the court to grant relief from the automatic stay or abandonment, or if you want the court to consider your views on this renewed motion, then within fourteen (14) days of the date indicated on this letter, you or your attorney must file with the court a written response explaining your position and requesting a hearing with the court. The failure to do so may result in the court granting the relief requested.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19 day of September, 2017, he caused a copy of this renewed motion, together with the affidavit in support and exhibits, to be served by U.S. mail on Debtors Mark G. Henke and Cheryl E. Henke, at 2460 Magna Vista, Jackson, Wisconsin 53037; and, on the same date by electronic means *via* CM/ECF on debtors' counselors, Geraci Law, L.L.C.; and, the chapter 13 trustee, Scott Lieske, and the office of the United States Trustee.

Very truly yours,

D. Alexander Martin

O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose.
If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.

Exhibit - Account Summary
Debtor Name: Mark G. Henke and Cheryl E. Henke
Case No.: 14-34221-svk
Property Address: 2460 Magna Vista, Jackson, Wisconsin 53037

| Amounts Due | | | Payments reflected | | | |
|---|---|---|---|---|---|---|
| Payment Due Date | Payment Amount Due | Late Fees | Date of Payment | Payment Amount Paid | Month Applied to | Suspense |
| 11/1/2015 | $1,894.63 | | 11/2/2015 | $1,920.00 | 11/1/2015 | $25.37 |
| 12/1/2015 | $1,894.63 | | 12/4/2015 | $1,900.00 | 12/1/2015 | $30.74 |
| 1/1/2016 | $1,894.63 | | 12/31/2015 | $1,900.00 | 1/1/2016 | $36.11 |
| 2/1/2016 | $1,894.63 | | 2/15/2016 | $1,900.00 | 2/1/2016 | $41.48 |
| 3/1/2016 | $1,894.63 | | 3/11/2016 | $1,900.00 | 3/1/2016 | $46.85 |
| 4/1/2016 | $1,894.63 | | 4/11/2016 | $1,900.00 | 4/1/2016 | $52.22 |
| 5/1/2016 | $1,894.63 | | 5/20/2016 | $1,900.00 | 5/1/2016 | $57.59 |
| 6/1/2016 | $1,894.63 | | 7/29/2016 | $1,900.00 | 6/1/2016 | $62.96 |
| 7/1/2016 | $1,894.63 | | 8/26/2016 | $1,900.00 | 7/1/2016 | $68.33 |
| 8/1/2016 | $1,894.63 | | 9/30/2016 | $1,900.00 | 8/1/2016 | $73.70 |
| 9/1/2016 | $1,894.63 | | 11/1/2016 | $1,900.00 | 9/1/2016 | $79.07 |
| 10/1/2016 | $1,894.63 | | 12/2/2016 | $1,900.00 | 10/1/2016 | $84.44 |
| 11/1/2016 | $1,894.63 | | 12/30/2016 | $1,900.00 | 11/1/2016 | $89.81 |
| 12/1/2016 | $1,894.63 | | 1/27/2017 | $1,900.00 | 12/1/2016 | $95.18 |
| 1/1/2017 | $1,894.63 | | 3/10/2017 | $1,850.00 | 1/1/2017 | $50.55 |
| 2/1/2017 | $1,835.69 | | 4/7/2017 | $1,850.00 | 2/1/2017 | $64.86 |
| 3/1/2017 | $1,835.69 | | 5/8/2017 | $1,850.00 | 3/1/2017 | $79.17 |
| 4/1/2017 | $1,835.69 | | 6/16/2017 | $1,850.00 | 4/1/2017 | $93.48 |
| 5/1/2017 | $1,835.69 | | 7/28/2017 | $1,850.00 | 5/1/2017 | $107.79 |
| 6/1/2017 | $1,835.69 | | | | | |
| 7/1/2017 | $1,835.69 | | | | | |
| 8/1/2017 | $1,835.69 | | | | | |
| 9/1/2017 | $1,835.69 | | | | | |

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 20, 2015



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re  
Mark Henke and  
Cheryl E. Henke.  
    Debtors.

Chapter 13  
Case No. 14-34221-svk

### ORDER APPROVING STIPULATION

The Court has reviewed the Stipulation filed November 16, 2015 between the Debtors and Seturus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") resolving Fannie Mae's Motion for Relief from Stay and Abandonment as to 2460 Magna Vista, Jackson, Wisconsin.

IT IS THEREFORE ORDERED: the Stipulation is approved, and the parties are authorized to act in accordance with its terms, provided that the Court will not enforce the "Doomsday provision" (but would enforce a letter renewal to which no objection was filed) for any post-petition mortgage payment defaults prior to the effective date of this Order. The effective date of this Order is 14 days after entry.

#####

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In re:  
MARK G. HENKE  
and CHERYL E. HENKE,  
Debtors.

Chapter 13  
Case No. 14-34221-SVK

STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND
ABANDONMENT OF SETERUS, INC., AS THE AUTHORIZED SUBSERVICER
FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),
A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF
THE UNITED STATES OF AMERICA
RE: PROPERTY LOCATED AT:
2460 Magna Vista, Jackson, Wisconsin 53037

Whereas, Debtors having filed an objection to the Motion for Relief from Automatic Stay and Abandonment of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant"); and,

Whereas, the parties having arrived at an agreement resolving the post-petition default set forth in the Motion;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

TERMS:

1. That Movant may file a supplemental claim in the amount of $9,026.30 for the

Drafted by

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

1

post-petition arrearage consisting of monthly mortgage payments due June 1, 2015, through October 1, 2015, at $1,894.63, each, or $9,473.15, total; less suspense fund of $1,272.85; plus, $650.00 for attorneys' fees and $176.00 for costs for the Motion for Relief. The Standing Trustee is authorized and directed to pay from funds of the estate a supplemental claim filed pursuant to an Order on this Stipulation.

2. That Movant is relieved of its duty pursuant to Rule 3002 to file and serve a notice

of post-petition fees, expenses and charges included in this Stipulation.

3. That commencing with the November 1, 2015 payment, Debtors shall resume making regular post-petition mortgage payments directly to Movant when due. Until further notice, the monthly payment is $1,894.63 and monthly payments shall be sent exclusively to: Seterus, Inc., P.O. Box 1047, Hartford, CT 06143.

4. That Movant is granted a doomsday provision on all heretofore tendered payments and on all payments from November 1, 2015, through April 1, 2016. That, if any previously tendered payments return insufficient funds or if Debtors for any reason fail to timely make any payment due beginning November 1, 2015, through April 1, 2016, upon the filing of a statement of default with notice to Debtors and counsel for Debtors, Movant shall be entitled to an order granting the relief requested in the original motion, including relief from automatic stay and abandonment.

5. That in the event Debtors fail to timely make any payment to Movant or breach

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

2

Case 14-34221-svk    Doc 37    Filed 11/16/15    Page 2 of 4

Case 14-34221-svk    Doc 50    Filed 09/19/17    Page 5 of 7

any of the remaining terms and conditions of the note and mortgage, Movant may renew its Motion for Relief from Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

Dated this 16th day of November, 2015.

           O'DESS AND ASSOCIATES, S.C.
           Attorneys for Movant

           By: D. Alexander Martin
           State Bar ID No. 1046591

Dated this _____ day of _____, 2015.

           GERACI LAW, LLC
           Attorneys for Debtor

           By: Andrew M. Golanowski
           State Bar ID No. 1055499

Dated this 9th day of November, 2015.

           NO OBJECTION:

           Sandra M Baner

           Mary B. Grossman, State Bar ID No. 1030684
           Robert W. Stack, State Bar ID No. 1033733
           Sandra M. Baner, State ID No. 1018992
           Christopher Schimke
           Office of Chapter 13 Standing Trustee

any of the remaining terms and conditions of the note and mortgage, Movant may renew its Motion for Relief from Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

Dated this _____ day of _____, 2015.

O'DESS AND ASSOCIATES, S.C.
Attorneys for Movant

By: D. Alexander Martin
State Bar ID No. 1046591

Dated this \_\_4\_\_ day of \_\_November\_\_, 2015.

GERACI LAW, LLC
Attorneys for Debtor

By: Andrew M. Golanowski
State Bar ID No. 1055499

Dated this _____ day of _____, 2015.

NO OBJECTION:

Mary B. Grossman, State Bar ID No. 1030684
Robert W. Stack, State Bar ID No. 1033733
Sandra M. Baner, State ID No. 1018992
Christopher Schimke
Office of Chapter 13 Standing Trustee

3