THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 14, 2017



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

| | |
|---|---|
| In re: | Chapter 13 |
| MARK G. HENKE | Case No. 14-34221-SVK |
| and CHERYL E. HENKE, | |
|     Debtors. | |

_____

ORDER APPROVING STIPULATION ON RENEWED MOTION FOR RELIEF FROM
AUTOMATIC STAY AND ABANDONMENT OF FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING
UNDER THE LAWS OF THE UNITED STATES OF AMERICA
RE: PROPERTY LOCATED AT:
2460 Magna Vista, Jackson, Wisconsin 53037

_____

The Court has reviewed the stipulation filed this 10 day of November, 2017 between the debtors and Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant") resolving the renewed motion for relief from stay and abandonment as to 2460 Magna Vista, Jackson, Wisconsin 53037.

Drafted by:

    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax

**IT IS THEREFORE ORDERED:** the Stipulation, which is attached to this order, is approved and the parties are authorized to act in accordance with its terms.  The motion for relief from stay and abandonment is denied subject to the conditions stated in the stipulation.

**IT IS FURTHER ORDERED**: the Court will not enforce a "doomsday provision" (but may enforce a letter renewal to which no objection was filed) for any post-petition payment defaults prior to the effective date of this Order.  The effective date of this Order is 14 days after entry.

# # # #

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In re:  
MARK G. HENKE  
and CHERYL E. HENKE,  
Debtors.

Chapter 13  
Case No. 14-34221-SVK

STIPULATION ON RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY
AND ABANDONMENT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING
UNDER THE LAWS OF THE UNITED STATES OF AMERICA
RE: PROPERTY LOCATED AT:
2460 Magna Vista, Jackson, Wisconsin 53037

Whereas, Debtors having filed an objection to the Renewed Motion for Relief from Automatic Stay and Abandonment of Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant"); and,

Whereas, the parties having arrived at an agreement resolving the post-petition default set forth in the Motion;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

1. That Movant may file a supplemental claim in the amount of $8,406.35 for the post-petition arrearage consisting of monthly mortgage payments due July 1, 2017, through

Drafted by:

O'Dess and Associates, S.C.  
1414 Underwood Avenue, Suite 403  
Wauwatosa, Wisconsin 53213  
(414) 727-1591  
(414) 727-1590 fax

1

November 1 2017, at $1,835.69, each; minus un-applied suspense fund of $1,272.10; plus, $500.00 for attorneys' fees. The standing chapter 13 trustee is authorized and directed to pay from funds of the estate a supplemental claim filed pursuant to an order on this stipulation.

2. Beginning December 1, 2017, debtors shall resume making regular post-petition mortgage payments directly to Movant when due. Until further notice, the monthly payment is $1,835.69 and monthly payments shall be sent exclusively to Movant's sub-servicer, Seterus, Inc., at P.O. Box 54420, Los Angeles, CA 90017.

3. Movant is granted a doomsday provision on all regular payments which come due December 1, 2017, through August 1, 2018. In the event debtors for any reason fail to timely make any regular payment which comes due December 1, 2017, through August 1, 2018, upon the filing of a statement of default, with notice to debtors and counsel for debtors, Movant shall be entitled to submit an order granting relief from automatic stay and abandonment.

4. In the event debtors for any reason fail to timely make any regular payment or breach any of the remaining terms and conditions of the note and mortgage, or the terms of the confirmed chapter 13 plan, Movant may renew its motion for the remainder of this case by letter request to the court and without the need to pay an additional filing fee.

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

2

Dated this _____ day of _____, 2017.

                O'DESS AND ASSOCIATES, S.C.
                Attorneys for Movant

                _____
                By:   D. Alexander Martin
                        State Bar ID No. 1046591

Dated this  9  day of _____Nov_____, 2017.

                GERACI LAW, LLC
                Attorneys for Debtor

                _____
                By:   Andrew M. Golanowski
                        State Bar ID No. 1055499

Dated this _____ day of _____, 2017.

                NO OBJECTION:
                Office of the Chapter 13 Trustee

                _____
                Scott Lieske, State Bar ID No. _____
                Robert W. Stack, State Bar ID No. 1033733
                Sandra M. Baner, State ID No. 1018992
                Christopher Schimke
                Office of Chapter 13 Standing Trustee

Dated this __10__ day of __November__, 2017.

        O'DESS AND ASSOCIATES, S.C.
        Attorneys for Movant

        By:   D. Alexander Martin
              State Bar ID No. 1046591

Dated this _____ day of _____, 2017.

        GERACI LAW, LLC
        Attorneys for Debtor

        By:   Andrew M. Golanowski
              State Bar ID No. 1055499

Dated this __8th__ day of __November__, 2017.

        NO OBJECTION:
        Office of the Chapter 13 Trustee

_for_ Scott Lieske, State Bar ID No. _____
Robert W. Stack, State Bar ID No. 1033733
Sandra M. Baner, State ID No. 1018992
Christopher Schimke
Office of Chapter 13 Standing Trustee

3